UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In Re:                                                  Case No.:  24-41117
                                                                                    Chapter 13 Of Title 11

REGINA WEEKS KENNEDY,
DEBTOR

### ORDER GRANTNG JOHN FALLAVOLITA'S MOTION FOR RELIEF FROM AUTOMATIC STAY

       This matter has come before the Court, and after full consideration, it is hereby ordered that John Fallavolita's Motion for Relief from Automatic Stay is hereby GRANTED. The stay imposed by 11 U.S.C. § 362 and/or 11 U.S.C. § 1301 is hereby annulled effective as of the Petition Date, October 31, 2024, and is terminated so that John Fallavolita may proceed regarding his claim of liquidated damages only against the homeowner's insurance company of the Debtor and shall be limited to any insurance proceeds available to satisfy John Fallavolita's claim for personal injuries against Massachusetts Property Insurance Underwriting Association, for injuries arising on February 20, 2022.

Dated: August 11, 2025                                                   *Elizabeth D. Katz* (signature)
                                                                                    Elizabeth D. Katz
                                                                                     United States Bankruptcy Judge